**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 10, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-11-00216-CV

---

**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, GALLAGHER BASSETT SERVICES, INC., AND BELINDA YBARRA, Appellants**

**V.**

**SUE ANN STINSON, Appellee**

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2005-72953**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 17, 2010. On July 2, 2012, the parties filed a joint motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher and Jamison.